# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| ALONJE WALTON SR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CIVIL NO. 08-cv-486-MJR |
| ROGER E. WALKER, et al., | ) | |
| Defendants. | ) | |

## JUDGMENT

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. The Court found that Plaintiff has had three or more prior prisoner actions dismissed on the grounds of frivolity, maliciousness, or failure to state a claim upon which relief may be granted, and he is not under imminent danger of serious physical injury. Plaintiff was directed to pay the $350 filing fee for this action within 15 days, and no payment has been received within the allotted time.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is hereby **DISMISSED** with prejudice for failure to pay the filing fee. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

| March 31, 2009 | By: | s/ Michael J. Reagan |
|---|---|---|
| *Date* | | *District Judge* |